IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

VANCE L. WEIGE,                                              CV. 11-6092-MO

        Petitioner,                                            ORDER

  v.

JEFFREY THOMAS,

        Respondent.

MOSMAN, District Judge.

    Before this Court is Petitioner's Motion for Summary Judgment (#30). Petitioner's motion has been properly served on Respondent. For the reasons that follow, Petitioner's Motion is DENIED.

    Pursuant to the Federal Rules of Civil Procedure, a motion for summary judgment should be granted if the record shows "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The record before the Court does not show that there is no genuine

1 - ORDER

issue as to any material fact and that Petitioner is entitled to relief as a matter of law.  Accordingly, Petitioner's Motion for Summary Judgment (#30) is DENIED.

    IT IS SO ORDERED.

    DATED this  17th  day of January, 2012.

                                          /s/ Michael W. Mosman
                                          Michael W. Mosman
                                          United States District Judge